# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **RULE 5(f) ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1:21-cr-29 |
| Barry Christopher Brown, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2021.

>    */s/ Clare R. Hochhalter*
>    Clare R. Hochhalter, Magistrate Judge
>    United States District Court