UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  1:21-CR-029 |
| Plaintiff, | |
| vs. | REQUEST FOR NOTICE PURSUANT TO Fed. R. Evid. 404(b) |
| BARRY CHRISTOPHER BROWN, | |
| Defendant. | |

     The Defendant above-named, Barry Christopher Brown, by and through undersigned attorney, Assistant Federal Public Defender Edward Werner, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed. R. Evid. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 11 day of February, 2021.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        <u>/s/ Edward Werner</u>
        Edward Werner
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        100 West Broadway Ave, Ste 230
        Bismarck, ND 58501
        Telephon: 701-250-4500 Facsimile: 701-250-4500
        filinguser_SDND@fd.org